```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 04384
    SHARON E COSEY
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2611

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 02/26/2008 and was confirmed 06/02/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 08/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  NOTICE ONLY    NOT FILED              .00             .00
PREMIER BANKCARD          UNSEC W/INTER    510.89               .00             .00
ECAST SETTLEMENT          UNSEC W/INTER   3280.23               .00             .00
CITY OF CHICAGO PARKING   UNSEC W/INTER    800.00               .00             .00
ECAST SETTLEMENT CORP     UNSEC W/INTER    633.61               .00             .00
PHARIA LLC                UNSEC W/INTER   1081.34               .00             .00
WORLD FINANCIAL NETWORK   UNSEC W/INTER    109.84               .00             .00
CARRINGTON MORTGAGE SERV  CURRENT MORTG       .00               .00             .00
CARRINGTON MORTGAGE SERV  MORTGAGE ARRE       .00               .00             .00
CARRINGTON MORTGAGE SERV  CURRENT MORTG       .00               .00             .00
CARRINGTON MORTGAGE SERV  MORTGAGE ARRE   2483.27               .00           27.88
CHASE AUTO FINANCE        SECURED VEHIC       .00               .00             .00
WELLS FARGO BANK NA       CURRENT MORTG       .00               .00             .00
WELLS FARGO BANK NA       MORTGAGE ARRE  12020.96               .00             .00
CITI RESIDENTIAL LENDING  CURRENT MORTG       .00               .00             .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE  26692.81               .00          299.72
COUNTRYWIDE               CURRENT MORTG       .00               .00             .00
COUNTRYWIDE               MORTGAGE ARRE   3000.00               .00           33.69
AMERICAN HOME MTG         CURRENT MORTG       .00               .00             .00
AMERICAN HOME MTG         MORTGAGE ARRE  15097.47               .00          169.52
REGIONS MORTGAGE          CURRENT MORTG       .00               .00             .00
REGIONS MORTGAGE          MORTGAGE ARRE    941.79               .00             .00
CAROLYN MALONE            NOTICE ONLY    NOT FILED              .00             .00
JANNIE JEFFERSON          NOTICE ONLY    NOT FILED              .00             .00
JOCELYN BRADLEY           NOTICE ONLY    NOT FILED              .00             .00
NELLIE CAMERON            NOTICE ONLY    NOT FILED              .00             .00
RHONDA PETTY              NOTICE ONLY    NOT FILED              .00             .00
TERRY BURKE               NOTICE ONLY    NOT FILED              .00             .00
ILLINOIS DEPT OF REV      PRIORITY        1408.09               .00             .00
ILLINOIS DEPT OF REV      UNSEC W/INTER    244.33               .00             .00
HSBC BANK NEVADA NA       UNSEC W/INTER    229.37               .00             .00
BURNS & WINCEK LTD        DEBTOR ATTY     1,700.00                            1,700.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 04384 SHARON E COSEY
```

```
TOM VAUGHN                  TRUSTEE                                  193.98
DEBTOR REFUND               REFUND                                   158.21

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   2,583.00

PRIORITY                                               .00
SECURED                                             530.81
UNSECURED                                              .00
ADMINISTRATIVE                                    1,700.00
TRUSTEE COMPENSATION                                193.98
DEBTOR REFUND                                       158.21
                       ---------------      ---------------
TOTALS                    2,583.00                2,583.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 11/19/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE


                            PAGE    2
          CASE NO. 08 B 04384 SHARON E COSEY